## McCormick, Appellant, v. Sugiura.

Argued December 5, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused April 18, 1967.

*William P. Thorn,* for appellant.

*William H. Mitman,* for appellee.

OPINION PER CURIAM, March 14, 1967:
Order affirmed.